IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| THEODORE E. WRIGHT, III, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 12-cv-05120-RED |
| | ) |
| WELLS FARGO BANK, N.A., et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Wells Fargo Bank hereby moves to dismiss the First Amended Complaint filed by Plaintiffs Theodore E. Wright III and Sherry K. O'Neal-Wright. The grounds for dismissal are set forth in Defendant's Suggestions in Support of Its Motion to Dismiss Plaintiffs' First Amended Complaint, filed alongside this motion and incorporated by reference herein.

WHEREFORE, Defendant Wells Fargo Bank respectfully requests that the Court enter an order dismissing the First Amended Petition filed by Plaintiffs Theodore E. Wright III and Sherry K. O'Neal-Wright with prejudice and granting Defendant any further relief the Court deems just and proper.

1

Dated: July 15, 2013                    Respectfully submitted,

**BRYAN CAVE LLP**

By: /s/ Eric D. Martin

Eric D. Martin      MO #47558
Jonathan B. Potts     MO #64091
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
(314) 259-2000 (telephone)
(314) 259-2020 (facsimile)

Jennifer A. Donnelli    MO #47755
1200 Main Street, Suite 3500
Kansas City, MO 64105
(816) 374-3200 (telephone)
(816) 374-3300 (facsimile)

ATTORNEYS FOR DEFENDANT
DEUTSCHE BANK NATIONAL TRUST
COMPANY

## CERTIFICATE OF SERVICE

This certifies that on this 15th day of July, 2013, the foregoing was served via the Court's Electronic Case Filing System, which will send notice to all counsel of record.

        /s/ Eric D. Martin
        Attorney for Defendant