IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| THEODORE E. WRIGHT, III, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 12-5120-CV-SW-GAF |
| | ) |
| DEUTSCHE BANK NATION | ) |
| TRUST COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

## PRO SE MOTION FOR EXTENSION OF TIME

Plaintiffs hereby file this response to this Court's Order to Show Cause (OTSC) [Document # 68] "why the Motion to Withdraw as Attorney of Record [Document # 67] should not be granted."

1. Plaintiffs entered representation agreement with the law firm of Douglas, Haun, & Heidemann, P.C., on July 20, 2012. See Attached Exhibit A.

2. This firm filed this suit in Jasper County, Missouri, Case Number 12-AP-CC0068, on behalf of Plaintiffs, and others similarly situated, on October 3, 2012.

3. As Plaintiffs did not expect to be without counsel, this has caused a considerable hardship.

4. Plaintiffs have been diligently seeking substitute counsel. However, due to the complexity, and procedural posture of this case, this has not been accomplished.

5. Plaintiffs respectfully request that this Court grant a thirty(30) day extension, to respond to this Court's Order to Show Cause.

6. Plaintiffs make this request, in good faith, and not as an attempt to delay this matter.

WHEREFORE, Plaintiffs, and class, respectfully request that the Court refrain from allowing the attorneys from Douglas, Haun, & Heidemann to withdraw, and grant this extension of time.

Respectfully Submitted,

Sherry K. O'Neal-Wright
2550 E. 11th St.
Joplin, MO 64801

Theodore E. Wright, III
2550 E. 11th St.
Joplin, MO 64801

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2014, a true copy of the foregoing was filed with the Clerk of the Court, and that a copy hereof will be electronically served by the electronic filing system upon all counsel of record.

Sherry K. O'Neal-Wright

Theodore E. Wright, III