IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| THEODORE E. WRIGHT, III, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 12-5120-CV-SW-GAF |
| | ) | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Now pending before the Court is Plaintiffs' *pro se* Motion for Extension of Time (Doc. #70), in which to respond to this Court's Order to Show Cause (Doc. #68) directing Plaintiffs to show cause why Plaintiffs' counsel should not be allowed to withdraw. The Court having considered Plaintiffs' *pro se* Motion for Extension of Time, it is

ORDERED as follows:

1. Plaintiffs' counsel, Donald M. Brown, K. Patrick Douglas, Nathan A. Duncan and the law firm of Douglas, Haun & Heidemann, P.C., are directed to submit, *en camera*, any additional information they feel supports their pending Motion to Withdraw within twenty (20) days of the date of this Order.

2. Plaintiffs are to respond to this Court's Order to Show Cause within twenty (20) days of the date of this Order.

                                                                                s/ Gary A. Fenner
                                                                                 GARY A. FENNER, JUDGE
                                                                                 UNITED STATES DISTRICT COURT

DATED: March 13, 2014