IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| THEODORE E. WRIGHT, III, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 3:12-cv-05120-SRB |
| vs. ) | |
| ) | |
| WELLS FARGO BANK, N.A., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On June 15, 2015, Defendants Deutsche Bank National Trust Company and S&W Foreclosure Corp. filed their Motions for Summary Judgment (Doc. #151 and 153). Plaintiffs' responses were due on July 9, 2015, but Plaintiffs failed to file their responses in accordance with Local Rule 56.1(b). On July 15, 2015, the Court issued an Order to Show Cause directing Plaintiffs to show cause why the Motions for Summary Judgment should not be granted. Under the Order to Show Cause, Plaintiff had until July 24, 2015, to respond to the Order and file their responses to the Motions for Summary Judgment. As of this date, Plaintiffs have failed to comply with the Court's Order.

Accordingly, upon consideration and review of Defendant Deutsche Bank National Trust Company's Motion for Summary Judgment and Defendant S&W Foreclosure Corp.'s Motion for Summary Judgment, and for Plaintiffs' failure to comply with orders of the Court, it is hereby

**ORDERED** that Defendant Deutsche Bank National Trust Company's Motion for Summary Judgment (Doc. #151) is GRANTED; and

**ORDERED** that Defendant S&W Foreclosure Corp.'s Motion for Summary Judgment on Counts I, IV, and V of Plaintiffs' First Amended Complaint (Doc. # 153) is GRANTED.

/s/Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT COURT

DATE: July 28, 2015